**Michael RANKINS, Plaintiff— Appellant,**

v.

**George CURRIE; Richard T. Jones; Faulk, Medical Supervisor; Earl V. Echard, Defendants—Appellees,**

and

**Boyd Bennett; Joy Barefoot; John Does, Physician Assistant; John Does, Physician Extender; John Does, Medical Personnel; Jane Does, Medical Personnel; Deshazo Terry; Nurse Snider; Nurse Boone, Defendants.**

No. 04–6441.

United States Court of Appeals, Fourth Circuit.

Submitted July 28, 2004.

Decided Aug. 11, 2004.

Michael Rankins, Appellant pro se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Rankins seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and conclude this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Rankins v. Currie,* No. CA–02–784–5–H (E.D.N.C. Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*